# In The

## *Court of Appeals*

## *Ninth District of Texas at Beaumont*

_____

### NO. 09-12-00534-CR
_____

### TERRY LYNDELL BENTON, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the 252nd District Court**
**Jefferson County, Texas**
**Trial Cause No. 09-07948**

## ORDER

On March 13, 2013, appellant's appointed counsel filed a motion to withdraw and a brief which urges this Court to review this appeal pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). *See In re Schulman*, 252 S.W.3d 403, 408-09 (Tex. Crim. App. 2008). Counsel certified service of the motion to withdraw and the brief on the appellant. Counsel states that he provided appellant with a copy of the clerk's record and the reporter's

1

record and notified appellant of his right to review the record and file a *pro se* brief.

It is, therefore, ORDERED that appellant, Terry Lyndell Benton, be given 60 days from the date hereof to file a *pro se* brief. It is, further, ORDERED that the State may file a reply brief, due 30 days from the date appellant files his brief, or if no brief is filed by appellant, 70 days from the date hereof.

It is further ORDERED that counsel for appellant advise appellant of his right to seek discretionary review under Texas Rule of Appellate Procedure 68. *See* Tex. R. App. P. 48.4; *see also* Tex. R. App. P. 68.

ORDER ENTERED March 21, 2013.

PER CURIAM

Before McKeithen, C.J., Kreger and Horton, JJ.